**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NENNET AKAY SESCEY, | : | |
| *Plaintiff,* | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 21-CV-3311 |
| | : | |
| YOUTUBE, *et al.*, | : | |
| *Defendants.* | : | |

**ORDER**

AND NOW, this 18th day of November 2021, upon consideration of Plaintiff

Nennet Akay Sescey's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 7), and

*pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED**.

2.  The Complaint is **DEEMED** filed.

3.  For the reasons stated in the Court's Memorandum, the Complaint is

**DISMISSED** as follows:

    a.  Sescey's federal claims are **DISMISSED WITH PREJUDICE** for

       failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

    b.  Sescey's state law claims are **DISMISSED WITHOUT PRJUDICE**

       for lack of subject matter jurisdiction, and she may pursue these

       claims in the appropriate state court.

4.  The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

**_/s/ Gerald J. Pappert_**
GERALD J. PAPPERT, J.